UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATHERINE HUTCHINSON,

          Plaintif,

          v.

CITY OF SAN LEANDRO, et al.,

          Defendants.

_____/

No. C 12-03898 PJH (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

The parties have a settlement conference set for July 1, 2013.  The court directs them to submit the following information required by the court's order on settlement conference statements.  *See* ECF No. 20.  The information may be submitted by email to the court's orders box at lbpo@cand.uscourts.gov, and it must be submitted by June 28, 2013, at 2:00 p.m.

**Defendants** must respond to Plaintiff's demand and must let the court know the response.

**Both parties** must provide attorney's fees and costs to date and projected fees and costs through trial and may let the court know confidentially.

**IT IS SO ORDERED.**

Dated: June 27, 2013

_____

LAUREL BEELER
United States Magistrate Judge