**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE HUTCHINSON, individually and as personal representative of the Estate of DARNELL HUTCHINSON; the Estate of DARNELL HUTCHINSON,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation; OFFICER BRIAN BUSS individually and in his official capacity as a Police Officer for the CITY OF SAN LEANDRO; OFFICER JEFF WALTON individually and in his official capacity as a Police Officer for the CITY OF SAN LEANDRO; DOES 1-50, inclusive; individually and in their official capacities as POLICE OFFICERS for the CITY OF SAN LEANDRO<br><br>　　　　　　Defendants. | CASE NO.:  4:12 cv 03898 PJH<br><br><br>REQUEST FOR DISMISSAL & [~~PROPOSED~~] ORDER |

　　　Pursuant to the fully executed Settlement Agreement and Release, Plaintiff, KATHERINE HUTCHINSON, hereby respectfully request that this action be dismissed with prejudice as provided for under FRCP 41(a)(2).

- 1

DATED: February 10, 2014

                        LAW OFFICES OF JOHN L. BURRIS

                        _____/s/_____
                        ADANTE D. POINTER
                        Attorneys for Plaintiff
                        KATHERINE HUTCHINSON

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

2/12/14

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE